1  BENJAMIN B. WAGNER
   United States Attorney
2  NAME OF ATTORNEY
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone: (916) 554-2700
   Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9                 EASTERN DISTRICT OF CALIFORNIA

10

11 IN THE MATTER OF THE SEARCH OF          CASE NO. 2:14-SW-066 KJN
   INFORMATION ASSOCIATED WITH
12 IDAHO1167@YAHOO.COM THAT IS
   STORED AT PREMISES CONTROLLED BY        [PROPOSED] ORDER TO UNSEAL SEARCH
13 YAHOO! INC.                             WARRANT AND SEARCH WARRANT
                                           AFFIDAVIT
14

15     The government's request to unseal the Search Warrant and this case is GRANTED.

16

17 Dated: July 15, 2014

18                                         HON. CAROLYN K. DELANEY
                                           UNITED STATES MAGISTRATE JUDGE